# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

```
-------------------------------------------------------x
BOOST WORLDWIDE, INC.,              :     Case No. 11-CV-02468
                                    :
              Plaintiff,            :     JUDGE SOLOMON OLIVER, JR.
                                    :
       v.                           :     NOTICE OF VOLUNTARY
                                    :     DISMISSAL WITHOUT PREJUDICE
                                    :
TOP NOTCH CLOTHING,                 :
                                    :
              Defendant.            :
-------------------------------------------------------x
```

**WHEREAS,** Defendant Top Notch Clothing appears to have ceased its infringing conduct and appears to no longer be in business;

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Boost Worldwide, Inc. hereby enters a voluntary dismissal without prejudice of this Action.

Respectfully submitted,

Dated: January 20, 2012

By: /s/ *William Farah*
William Farah, Esq.
WILLIAM FARAH PLLC
214 S. Main St., Suite 203
Ann Arbor, MI 48104
(734) 926-8323