# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

```
----------------------------------------------------x
   BOOST WORLDWIDE, INC.,              :   Case No. 11-CV-02468
                                       :
                 Plaintiff,            :   JUDGE SOLOMON OLIVER, JR.
                                       :
          v.                           :   NOTICE OF VOLUNTARY
                                       :   DISMISSAL WITHOUT PREJUDICE
                                       :
   TOP NOTCH CLOTHING,                 :
                                       :
                 Defendant.            :
----------------------------------------------------x
```

**WHEREAS,** Defendant Top Notch Clothing appears to have ceased its infringing conduct and appears to no longer be in business;

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Boost Worldwide, Inc. hereby enters a voluntary dismissal without prejudice of this Action.

Respectfully submitted,

Dated: January 20, 2012

By: /s/ *William Farah*
William Farah, Esq.
WILLIAM FARAH PLLC
214 S. Main St., Suite 203
Ann Arbor, MI 48104
(734) 926-8323

1/23/2012 - IT IS SO ORDERED.
/s/SOLOMON OLIVER, JR.
CHIEF JUDGE
UNITED STATES DISTRICT COURT